IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RONALD KNOX, SR.,                )
    Plaintiff,              )
                                 )
v.                               )    CIVIL ACTION NO. 5:10-CV-1 (MTT)
                                 )
MRS. MALONE, *et al.*,           )
                                 )
    Defendants.            )
_____      )

## ORDER

This case is before the Court on the Recommendation to Dismiss (Doc. 5) (the "Recommendation") of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Plaintiff's Complaint (Doc. 1) pursuant to the Prisoner Litigation Reform Act, 28 U.S.C. § 1915A(a) & (b), recommends dismissing the action against Mr. Brown because the Plaintiff's claim of failure to process an informal grievance is not actionable. The Magistrate Judge recommends dismissing the action against Mrs. Malone because she is not vicariously liable for the actions of her employees. The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Plaintiff's claims against Mr. Brown and Mrs. Malone are dismissed. The Plaintiff's claims against Officer Nopen and Mr. Smith shall remain pending.

**SO ORDERED**, this the 11th day of August, 2010.

                                                      S/ Marc T. Treadwell
                                                    MARC T. TREADWELL, JUDGE
                                                    UNITED STATES DISTRICT COURT

jj