IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RONALD KNOX, SR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:10-CV-1 (MTT) |
| ) | |
| MICHAEL NOPEN and DANA SMITH, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

This matter is before the Court on the Recommendation to Grant (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. (Doc. 31). The Magistrate Judge, having reviewed the Defendants' Motion for Summary Judgment (the "Motion"), recommends granting the Motion because the Defendants presented evidence that the Plaintiff was not assaulted by Defendant Michael Nopen, and the Plaintiff's allegations were "blatantly contradicted by the record, so that no reasonable jury could believe it." (Doc. 31, at 5) (quoting *Scott v. Harris*, 550 U.S. 372, 380 (2007)). The Plaintiff did not file an objection to the Recommendation. The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The Motion is **GRANTED.**

**SO ORDERED**, this the 8th day of September, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

ajj